UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:                ORDER
- v. -                                 :
:
ALEXANDER RIVERA,                                     :        19 Cr. 734 (WHP)
:
Defendant.                          :
:
------------------------------------------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 31, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: September 21, 2020                    SO ORDERED:
New York, New York

_____
WILLIAM H. PAULEY III
U.S.D.J.