# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007  

P  (718) 514 - 9100  
F  (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM  

WWW.ZEMANWOMBLELAW.COM

November 25, 2020

**Via ECF & Email**

Honorable William H. Pauley III  
United States Magistrate Judge  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007  

Application granted.  Sentencing adjourned to March 10, 2021 at 11:00 a.m.

SO ORDERED:

_____  
WILLIAM H. PAULEY III  
U.S.D.J.

November 30, 2020

Re:   *United States v. Alexander Rivera,* 19 CR 734 (WHP)

Dear Judge Pauley:

     I represent Alexander Rivera in the above-referenced matter and request an adjournment of the December 18, 2020 sentencing to a later date convenient for the Court's schedule.  The present lockdown at MCC has made communication with my client quite difficult at this critical juncture and an adjournment would provide the defense with adequate time to properly prepare for sentencing during this unprecedented time.  I have conferred with the Government and they consent to this request.

Respectfully submitted,

Ken Womble

Ken Womble  
Attorney for Alexander Rivera

Cc:  AUSA Michael Longyear (via ECF & Email)