UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                     :

        -against-                                    :           19 Cr. 734 (WHP)

Alexander Rivera,                                        :           <u>ORDER</u>
                        Defendant.          :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will sentence the defendant on March 10, 2021 at 9:00 a.m. via video conference. The public may dial-in to telephone number is 855-268-7844, passcode 67812309, PIN 9921299. Video links will be provided to counsel separately.

Dated: March 5, 2021
       New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.